## NEW ORLEANS COAL & BISSO TOW-BOAT COMPANY, By and Through Its Receiver, Joseph A. Bisso, et al., Appellant, v. UNITED STATES of America et al., Appellee.

### No. 8055.

Circuit Court of Appeals, Fifth Circuit.

Dec. 12, 1936.

For original opinion, see 86 F.(2d) 53.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

### PER CURIAM.

As neither of the judges who concurred in the judgment of the court in the above numbered and entitled cause is of opinion that the petitions for rehearing should be granted, it is ordered that the said petitions be, and the same hereby are,

Denied.

## In the Matter of 1209 ASTOR ST. BLDG. CORP., Dr. P. J. DEE, v. CHICAGO TITLE & TRUST COMPANY.

### No. 5555.

Circuit Court of Appeals, Seventh Circuit.

Sept. 21, 1936.

John F. Bolton and George Grear, both of Chicago, Ill., for appellant P. J. Dee.

George W. K. Snyder and Andrew J. Dallstream, both of Chicago, Ill., for appellee Chicago Title & Trust Co.

Before SPARKS, ALSCHULER, and PAGE, Circuit Judges.

### PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "It is hereby stipulated by and between John F. Bolton and George Grear, attorneys for P. J. Dee, appellant, in the above entitled cause, and Andrew J. Dallstream, George W. K. Snyder, attorneys for Chicago Title & Trust Co., appellee in the above entitled cause, that the appeal filed by said F. J. Dee, appellant in the above entitled cause be dismissed without costs."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed without costs, pursuant to the foregoing stipulation.